**Order entered January 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01522-CV

## IN RE FIREMAN EXCAVATING, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03267**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's memorandum opinion of this date, we **DENY** relator's December 11, 2019 petition for writ of mandamus.

/s/    DAVID J. SCHENCK
         JUSTICE